IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMANTHA EDGERTON,

    Plaintiff,

vs.                                      CASE NO.: 4:07cv318-SPM/WCS

CSG SYSTEMS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>tenth</u> day of March, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge